Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant
TOSTADO

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff | 2:21-cr-00058-CDS-EJY |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| FRANCISCO TOSTADO, | **(First Request)** |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, by Defendant FRANCISCO TOSTADO ("TOSTADO"), by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through MELANEE SMITH, Assistant United States Attorney, that the Sentencing hearing currently scheduled for August 14, 2023, at 10:00 a.m. be vacated and continued to a minimum of thirty (30) days, to a date and time convenient for this Court.

This Stipulation is entered into for the following reasons:

1. TOSTADO and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate and address the contents of the Presentence Investigation Report, prepare an effective Sentencing Memorandum, and have

time to receive potential exhibits from TOSTADO's family in support of his Sentencing Memorandum. A continuance of Sentencing will facilitate TOSTADO's preparation for the hearing;

2. Defendant is in custody and does not object to a continuance;

3. The Government does not object to a continuance;

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 3rd day of August, 2023.

By: /s/ Lance A. Maningo  
LANCE A. MANINGO  
Attorney for Defendant

By: /s/ Melanee Smith  
MELANEE SMITH  
Attorney for United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>FRANCISCO TOSTADO,<br><br>    Defendant | 2:21-cr-00058-CDS-EJY<br><br>**Order** |

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. TOSTADO and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate and address the contents of the Presentence Investigation Report, prepare an effective Sentencing Memorandum, and have time to receive potential exhibits from TOSTADO's family in support of his Sentencing Memorandum. A continuance of Sentencing will facilitate TOSTADO's preparation for the hearing;

2. Defendant is in custody and does not object to a continuance;

3. The Government does not object to a continuance;

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

## ORDER

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for August 14, 2023, at 10:00 a.m.. is vacated and continued to  September 18, 2023  at  11:00 a.m.  in LV Courtroom 6B.

DATED: August 4, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By:      /s/ Lance A. Maningo
         Lance A. Maningo
         Nevada Bar No. 6405
         400 South 4th Street, Suite 650
         Las Vegas, Nevada 89101
         Attorney for Defendant