Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant FRANCISCO TOSTADO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>vs.<br><br>FRANCISCO TOSTADO,<br><br>        Defendant | 2:21-cr-00058-CDS-EJY-6<br><br>**Order Granting Motion to Withdraw as Counsel and Approving Removal from CM/ECF E-Service List**<br><br>[ECF No. 332] |

    COMES NOW, Lance A. Maningo, Esq., CJA appointed counsel for Defendant, FRANCISCO TOSTADO, and moves this Court to enter an Order allowing him to withdraw as counsel and be removed from CM/ECF E-Service List.

    Mr. Tostado was sentenced by the Court on September 18, 2023. Counsel has concluded his representation of Mr. Tostado in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Counsel respectfully requests an Order allowing him to withdraw as counsel in this
2  matter and be removed from CM/ECF E-Service List.
3  DATED this 20th day of December 2023.

**MANINGO LAW**

By: /s/ Lance A. Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant FRANCISCO TOSTADO

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 21, 2023

2